[ELECTRONICALLY FILED]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PAMELA W. BANCSI<br>19856 Roslyn Drive<br>Rocky River, Ohio 44116, | CASE NO. 1:06CV0498<br><br>JUDGE GAUGHAN |
|        Plaintiff,<br>  vs. | |
| KEY WEST COCONUT MALLORY RESORT, INC.<br>920 Third Avenue<br>New Smyrna Beach, Florida 32169,<br><br>  and<br><br>KOSMAS GROUP INTERNATIONAL, INC.<br>920 Third Avenue<br>New Smyrna Beach, Florida 32169,<br><br>  and<br><br>EQUIANT FINANCIAL SERVICES, INC.<br>16870 West Bernardo Drive, Suite 400<br>San Diego, California 92127,<br><br>  and<br><br>RESORT MANAGEMENT INTERNATIONAL, INC.<br>a.k.a. RMI COLLECTIONS<br>1110 Montlimar Drive, Suite 310<br>Mobile, Alabama 36609, | <br><br><br><br><br>STIPULATION OF<br>DISMISSAL WITH<br>PREJUDICE |
|        Defendants. | |

So Ordered.
  /s/ Patricia A. Gaughan
        3/29/06

Now come the parties by and through counsel, and hereby agree and stipulate that the within action has been disposed of by settlement and that they hereby request this Court to dismiss this case with prejudice at plaintiff's cost.

/s/ *Joseph Bancsi*

JOSEPH BANCSI (#0025450)
1000 IMG Center
1360 East Ninth Street
Cleveland, Ohio 44114
(216) 622-7766
(216)  622-7767 fax
jb@bancsilaw.com

Attorney For Plaintiff

/s/ *Neil L. Brodskey*
*By Joseph Bancsi, Permission obtained*
*By telephone on March 21, 2006*

NEIL L. BRODSKEY
33 Riverside Drive
Pembroke, MA 02359
(800) 880-8899 x 3123
nbrodsky@emccinc.com

Attorney For Defendants,
Key West Coconut Mallory Resort, Inc.
Kosmas Group International, Inc.
Equiant Financial Services, Inc., and
Resort Management International, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of March, 2006, a copy of the foregoing Stipulation

of Dismissal was filed electronically. Notice of this filing will be sent to all parties by

3

operation of the Court's electronic filing system.  Parties may access this filing through the Court's system. I further certify that on the 23rd day of March, 2006, a copy of this document was mailed to counsel for defendants, Neil L Brodskey, 33 Riverside Drive, Pembroke, MA 02359, by the United States Postal System, postage pre-paid, as well as by e-mail delivery to nbrodsky@emccinc.com.

/s/ *Joseph Bancsi*

Attorney For Plaintif